# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **JARRELL HARRIS,** | : | VIOLATIONS: |
| also known as "Jarell Harris," | : | 18 U.S.C. § 751(a) |
| | : | (Escape from Custody) |
| **Defendant.** | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| | : | Person Convicted of a Crime Punishable |
| | : | by Imprisonment for a Term Exceeding |
| | : | One Year) |
| | : | 50 D.C. Code § 2201.05b(b)(2) (2001 ed.) |
| | : | (Fleeing a Law Enforcement Officer) |
| | : | 22 D.C. Code § 402 (2001 ed.) |
| | : | (Assault with a Dangerous Weapon) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) |
| | : | and 21 U.S.C. § 853(p) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 8, 2017, within the District of Columbia and elsewhere, **JARRELL HARRIS**, also known as "Jarell Harris," did knowingly escape from the custody at the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the District of Columbia Superior Court

upon conviction for the commission of Assault with a Dangerous Weapon, in violation of D.C. Code Section 22-402.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

## COUNT TWO

On or about January 11, 2018, within the District of Columbia and elsewhere, **JARRELL HARRIS**, also known as "Jarell Harris," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2015-CF1-6671, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus .357 revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about January 11, 2018, within the District of Columbia and elsewhere, **JARRELL HARRIS**, also known as "Jarell Harris," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2015-CF1-6671, did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about January 11, 2018, within the District of Columbia and elsewhere, **JARRELL HARRIS**, also known as "Jarell Harris," while operating a motor vehicle, did knowingly fail and refuse to bring that motor vehicle to an immediate stop, and did attempt to elude a law enforcement officer, following a law enforcement officer's signal to bring the motor vehicle to a stop and operated the motor vehicle in a manner that would constitute reckless driving, that is, did operate a motor vehicle upon a highway carelessly and heedlessly in willful and wanton disregard of the rights and safety of others and without the caution and circumspection and at a speed and a manner so as to endanger and be likely to endanger persons and property.

(**Fleeing a Law Enforcement Officer**, in violation of Title 50, District of Columbia Code, Section 2201.05b(b)(2) (2001 ed.))

## COUNT FIVE

On or about January 11, 2018, within the District of Columbia and elsewhere, **JARRELL HARRIS**, also known as "Jarell Harris," assaulted Richard Clark with a dangerous weapon, that is, a vehicle.

(**Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402 (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Count Two or Count Three, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses. The property subject to forfeiture includes a Taurus .357 revolver, .357 caliber ammunition and two speed loaders.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.