AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JARRELL HARRIS

)
) Case: 1:18-cr-00028
) Assigned To : Judge Sullivan, Emmet G.
) Assign. Date : 2/13/2018
) Description: INDICTMENT (B)
)

*Defendant*

## ARREST WARRANT

**FILED**

**FEB 1 5 2018**

Clerk, U.S. District and
Bankruptcy Courts

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JARRELL HARRIS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 751(a) (Escape from Custody); 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); 50 D.C. Code § 2201.05b(b)(2) (2001 ed.) (Fleeing a Law Enforcement Officer); 22 D.C. Code § 402 (2001 ed.) (Assault with a Dangerous Weapon) and FORFEITURE: 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p)

Date: 02/13/2018

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/14/18 , and the person was arrested on *(date)* 02/15/18 at *(city and state)* Washington DC . |
| Date: 02/15/18 |

*Arresting officer's signature*

Roderick D. Alford
*Printed name and title*