UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                             :     Case No. 1:18-cr-28 (EGS)
        v.                   :
                             :
JARRELL HARRIS,              :
        Defendant.           :

## NOTICE OF LETTER AND DOCUMENTS PROVIDED TO DEFENSE COUNSEL

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby gives notice that on March 12, 2018, the government sent to counsel of record

in the above-captioned case via hand delivery, the attached letter, together with the items

referenced therein.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:

_____/s/_____
Dineen A. Baker, D.C. Bar 487820
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-6954
dineen.baker@usdoj.gov

1

CERTIFICATE OF SERVICE

On this 16th day of March, 2018, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

_____/s/_____
Dineen A. Baker
Assistant United States Attorney



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 12, 2018

**<u>Via Hand Delivery</u>**
Loui Itoh
Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

          Re:    <u>United States v. Jarrell Harris;</u> Case No. 1:18-cr-28 (EGS)

Dear Ms. Itoh:

Pursuant to your discovery request in the above-referenced case, please find enclosed the following items:

1. Metropolitan Police Department ("MPD") arrest packet (previously provided via e-mail on 02/16/2018) (bates number 1 - 28);
2. Crime scene reports (bates number 29 - 33);
3. Escape documents (bates number 34 - 44);
4. DVD of photographs;
5. Two DVDs of Prince George's County Police dash camera video.

Please contact me if you have any questions in this matter.

                          Sincerely,

                          Dineen A. Baker
                          Assistant United States Attorney

Enclosures
cc: Court File (w/o enclosures)