UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:18-cr-28 (EGS) |
| v. : | |
| : | |
| JARRELL HARRIS, : | |
| Defendant. : | |

## NOTICE OF LETTER AND DOCUMENTS PROVIDED TO DEFENSE COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on March 22, 2018, the government sent to counsel of record in the above-captioned case via hand delivery, the attached letter, together with the items referenced therein.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:  _____/s/_____
Dineen A. Baker, D.C. Bar 487820
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-6954
*dineen.baker@usdoj.gov*

1

## CERTIFICATE OF SERVICE

On this 22nd day of March, 2018, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

_____/s/_____
Dineen A. Baker
Assistant United States Attorney



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 22, 2018

**Via Hand Delivery**
Loui Itoh
Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

            Re:    <u>United States v. Jarrell Harris;</u> Case No. 1:18-cr-28 (EGS)

Dear Ms. Itoh:

      Please find enclosed six DVDs containing the body worn camera ("BWC") video of the officers involved in the above-referenced case, subject to the redactions itemized below. Each of the redactions relates to a witness' Personal Identifying Information ("PII"), such as date of birth, address, and phone number. The witnesses' statements and conversations with officers are <u>not</u> redacted. Only the audio portions are redacted at the specified timestamps, with the exception of the 15-second clip noted in Office Sibley's BWC where the officer holds-up a paper containing PII. In light of this disclosure, the government will be moving to withdraw its Motion for a Protective Order, and also moving to vacate the hearing on the motion set for March 26, 2018.

| | |
|---|---|
| Officer Cardinal: | no redactions |
| Officer Shiffer: | PII redacted at 16:20-17:30; and 32:30-33:40 |
| Officer Chih: | no redactions |
| Officer Desir: | PII redacted at 15:50-16:06 |
| Officer Dyke: | no redactions |
| Officer Finn: | no redactions |
| Officer Heffelman: | PII redacted at 16:40-17:45; 28:30-28:55; and 30:35-31:00 |
| Officer Hicks: | PII redacted at 21:32-21:43; 21:55-22:02; and 23:00-23:27 |
| Officer Hiller: | no redactions |
| Officer Howden: | no redactions |
| Officer Johnson: | PII redacted at 17:15-17:25 |
| Officer Norfleet: | no redactions |

1

| | |
|---|---|
| Officer Rodriguez: | no redactions |
| Officer Sibley: | PII redacted at 3:15-4:15; 4:25-4:40 (audio and video); 4:43-4:50; 6:10-6:50; and 15:05-15:20 |
| Officer Talley: | PII redacted at 33:02-33:10 |
| Officer Gupton: | PII redacted at 35:58-33:08 |

Please contact me if you have any questions in this matter.

Sincerely,

Dineen A. Baker
Assistant United States Attorney

Enclosures
cc: Court File (w/o enclosures)

2