UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | ) Case No. 18-CR-28 (EGS) |
| JARRELL HARRIS, | ) |
|  | ) |
| Defendant. | ) |

**RESPONSE TO COURT'S MINUTE ORDER**

The defendant, Mr. Jarrell Harris, through undersigned counsel, respectfully files this response to the Court's Minute Order on March 23, 2018. The government's requested solution may be workable. However, in light of the government's refusal to allow defense counsel to view the redacted portions of the videos, Mr. Harris respectfully requests that the Court direct government counsel to permit defense counsel to view the redacted material to determine whether further litigation is necessary. In the alternative, Mr. Harris requests that the Court maintain on the calendar his hearing set for March 26, 2018 at 11:00 a.m.

On March 20, 2018, the Court issued a minute order directing "the attorneys for the government and the defendant" to "jointly view the body camera footage and provide recommendations for further proceedings by no later than March 24, 2018." That day, defense counsel reached out to government counsel via email asking for a chance to confer, and followed up again two days later. At 7 p.m. on March 22, 2018, government counsel responded for the first time to defense counsel's requests, indicating that she would be providing redacted versions of six DVDs containing body worn camera footage.

On the morning of March 23, 2018, defense counsel emailed government counsel, asking to arrange a time to go to the United States Attorney's Office to view the redacted portions of the

videos. Government counsel indicated that in the absence of a protective order, defense counsel would not be permitted to view redacted portions of the video, even if the viewing occurred at the United States Attorney's Office.

Defense counsel appreciates government counsel's efforts to quickly provide the redacted videos, and it may be that after viewing the redacted material, she has no further objection to the government's proposed course. However, out of an abundance of caution, and in an effort to effectively represent Mr. Harris in this matter, defense counsel believes it is necessary to review the redacted material herself. Only by doing so can counsel determine whether there is no further need to litigate this issue.

In light of these facts, Mr. Harris respectfully requests that the Court direct government counsel to permit defense counsel to view the redacted material at the United States Attorney's Office to determine whether further litigation is necessary. In the alternative, Mr. Harris requests that the parties appear for a hearing on March 26, 2018, as planned.

                Respectfully submitted,
                A. J. KRAMER
                FEDERAL PUBLIC DEFENDER

                _____/s/_____
                Loui Itoh
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W.
                Suite 550
                Washington, D.C.  20004
                (202) 208-7500