UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**APR - 5 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 18-CR-28 (EGS) |
| ) | |
| JARRELL HARRIS, ) | |
| ) | |
| Defendant. ) | |

### CONSENT BODY-WORN CAMERA PROTECTIVE ORDER

To expedite the flow of discovery of body-worn camera ("BWC") materials between the parties and to protect personal identifying information and other sensitive information, pursuant to the Court's authority under Federal Rule of Criminal Procedure 16(d)(1) and with the consent of the parties, it is hereby ORDERED:

At a mutually convenient time prior to April 4, 2018, the government shall allow defense counsel, Loui Itoh, and a paralegal from the Federal Public Defender's Office to view, at the United States Attorney's Office for the District of Columbia, the redacted portions of the body-worn camera videos that were provided to the defense in discovery. *See* Notice of Discovery Provided to Defense Counsel, ECF No. 8. A member of the United States Attorney's Office is permitted to be present during the viewing. Defense counsel and the paralegal shall be permitted to view and listen to those portions of the videos, in full, unredacted form. Defense counsel and the paralegal may not record, in any form, any personal identifying information that may be disclosed in the videos.

1

This Order applies only to the circumstances of this case and does not otherwise bind the United States Attorney's Office for the District of Columbia, or the Federal Public Defender's Office for the District of Columbia.

_____  4/5/18
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE