# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARRELL HARRIS,<br><br><br>Defendant. | Case No. 18-cr-00028 (EGS) |

## THE DISTRICT OF COLUMBIA'S RESPONSE
## TO THE COURT'S MAY 11, 2018 MINUTE ORDER

The District of Columbia Department of Corrections (DOC) responds to the Court's May 11, 2018 Minute Order as follows:

**I.   Whether There Have Been Any Additional Erroneous Releases Since the May 8, 2018 Filing**

From June 6, 2018 to July 6, 2018, the DOC Inmate Record Office processed 5,387 transactions, 1,152 of which were releases. There were no erroneous releases.

**II.   The Status of Hiring Additional Records Office Staff**

Candidates have been selected for four Records Office positions—three Legal Instrument Examiners (LIEs) and one Lead LIE. The candidates are undergoing a background investigation, which should be complete within the next week. After two weeks of training, the LIEs will begin work in the Records Office.

**III.   The Status of Hiring an Independent Consultant to Study and Provide Recommendations on Improving Records Office Operations and Procedures**

On July 3, 2018, DOC received preliminary recommendations from its consultant, The Moss Group (TMG), some of which were implemented by DOC immediately. For example, on July 2, 2018, DOC assigned an LIE to the Inmate Reception Center, whose duties include the processing of

documents received for each inmate intake and court return taken into the custody of DOC.

DOC continues to meet with other stakeholders in the release process to improve the procedures and discuss TMG's additional recommendations. TMG's final report is due before September 1, 2018.

**IV.     Whether DOC Has Determined That Additional Remedial Action is Necessary and If So, the Status of Such Remedial Action**

As noted above, DOC has implemented several preliminary recommendations of TMG.

**V.     Whether DOC Receives Adequate Financial Resources from the District of Columbia**

The District of Columbia continues to provide adequate financial resources to DOC for this initiative.

Dated:  July 11, 2018.                  Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (#974858)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for District of Columbia Department of Corrections*