UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARRELL HARRIS,<br><br>Defendant. | Case No. 18-cr-00028 (EGS) |

**THE DISTRICT OF COLUMBIA'S RESPONSE
TO THE COURT'S AUGUST 6, 2018 MINUTE ORDER**

The District of Columbia Department of Corrections (DOC) responds to the Court's August 6, 2018 Minute Order as follows:

**I.  Whether There Have Been Any Additional Erroneous Releases Since the July 11, 2018 Filing**

DOC filed a Status Report on July 11, 2018. From July 7, 2018 to August 20, 2018, the DOC Inmate Record Office processed 7,678 transactions, 1,528 of which were releases. There were no erroneous releases.

**II.  The Status of Hiring Additional Record Office Staff**

The Lead Legal Instrument Examiner position was filled. Candidates for two Legal Instrument Examiner (LIE) positions are undergoing a background check. A third LIE will start September 4, 2018. Six Inmate Record Office staff that were detailed to other areas have returned to the Record Office, and staff from other areas of DOC have been assigned to the Record Office. One supervisory LIE was terminated; recruitment for that position is ongoing.

**III.  The Status of Hiring an Independent Consultant to Study and Provide Recommendations on Improving Record Office Operations and Procedures**

The Moss Group (TMG) continues its analysis, studying DOC processes and operations.

DOC has provided thousands of pages of documents to TMG, which continues to interview DOC employees and other criminal justice partners. As noted previously, TMG will provide a draft final report by September 1, 2018, for DOC's comments.

### IV.    **Whether DOC Has Determined That Additional Remedial Action is Necessary and If So, the Status of Such Remedial Action**

DOC continues to provide ongoing training by Record Office supervisors to line staff, including continuous reinforcement of existing procedures and new procedures instituted by the U.S. Marshals Service. In addition, the Record Office's Technical Reference Manual is updated as changes occur. DOC and U.S. Marshals Service staff last met on August 22, 2018, and will continue to meet to review detention and release procedures.

### V.    **Whether DOC Receives Adequate Financial Resources from the District of Columbia**

The District of Columbia continues to provide adequate financial resources to DOC for this initiative.

Dated:  August 24, 2018.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (#974858)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643

Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for District of Columbia Department of Corrections*