**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JARRELL HARRIS,<br><br><br>    Defendant. | Case No. 18-cr-00028 (EGS) |

**THE DISTRICT OF COLUMBIA'S SECOND RESPONSE**
**TO THE COURT'S AUGUST 6, 2018 MINUTE ORDER**

**I.    Whether There Have Been Any Additional Erroneous Releases Since the August 24, 2018 Filing.**

The District of Columbia Department of Corrections (DOC) filed a Status Report on August 24, 2018. From August 24, 2018 to September 6, 2018, the DOC Inmate Record Office processed 2,483 transactions, 487 of which were releases. As DOC explained in its September 6, 2018 letter to Chief Judge Beryl A. Howell and this Court, DOC has learned of two additional erroneous releases. DOC immediately commenced investigations upon discovery of each incident and will be taking corrective action, including disciplinary action.

**II.    The Status of Hiring Additional Record Office Staff**

DOC has filled three additional Legal Instrument Examiner (LIE) positions. Two LIEs started work on September 4, 2018. A third LIE has completed a background check and is undergoing drug screening for final security clearance. The Record Office currently has a total of 32 employees.

**III.    The Status of Hiring an Independent Consultant to Study and Provide Recommendations on Improving Record Office Operations and Procedures**

The Moss Group (TMG) continues its analysis, studying DOC processes and operations.

TMG will provide a draft report by September 30, 2018, and the report will be finalized by October 30, 2018.

## IV.     Whether DOC Has Determined That Additional Remedial Action Is Necessary and If So, the Status of Such Remedial Action

DOC continues to provide ongoing training by Record Office supervisors to line staff. In addition to this training, DOC is preparing comprehensive Strategic Planning Sessions on Team Building, Professional Development and Best and Promising Practices in Detention and Release Processes, which will be scheduled on Saturdays at DOC's new Center for Professional Development and Learning, at a time when all Record Office staff can attend.

## V.     Whether DOC Receives Adequate Financial Resources from the District of Columbia

The District of Columbia continues to provide adequate financial resources to DOC for this initiative.

Dated:  September 10, 2018.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (#974858)
Chief, Equity Section

/s/ Robert Rich
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
ROBERT RICH (#1016908)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643; (202) 724-6591
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov; robert.rich@dc.gov

3

*Counsel for District of Columbia Department of Corrections*