**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 18-cr-00028 (EGS) |
| JARRELL HARRIS, | |
| Defendant. | |

---

## THE DISTRICT OF COLUMBIA'S REVISED STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 12, 2018 MINUTE ORDER

The District of Columbia Department of Corrections (DOC) responds to the Court's September 12, 2018 Minute Order, which directed DOC "to file a revised status report providing a similar level of detail provided in [16] its May 8, 2018 response to the Court's Minute Order" regarding the two additional erroneous releases that DOC referenced in its September 10, 2018 status report [26]. This response provides background regarding the events that led to the erroneous releases, identifies the DOC errors that caused the releases, and provides information on remedial action DOC is undertaking.

### THE FIRST ERRONEOUS RELEASE

On September 4, 2018, DOC discovered an erroneous release after receiving a Court Services and Offender Supervision Agency drug program pick-up list that included the name of an inmate who had been released from custody on August 30, 2018. This inmate was committed by the Superior Court of the District of Columbia (DCSC) to DOC on May 14, 2018 on four DCSC cases. The Court sentenced him to any time needed for him to be placed into an inpatient drug

treatment program. On August 30, 2018, he was erroneously released to self-custody rather than the custody of an inpatient drug treatment program as DCSC had ordered.[1]

The error was caused by a DOC Legal Instrument Examiner's failure to examine and follow the Judgment and Commitment Order's requirement for the bed-to-bed transfer in the hard copy and electronic records.

## THE SECOND ERRONEOUS RELEASE

On September 5, 2018, DOC discovered a second erroneous release that occurred on March 29, 2018. This release involved an inmate who was committed to DOC by the United States Marshals Service (USMS) Prisoner Remands on August 29, 2017 as held "in transit" and then, on August 30, 2017, as "Hold pending federal designation. Parole Violator." On March 29, 2018, a DCSC judge ordered him released on an underlying proceeding in that forum. A DOC Legal Instruments Examiner provided clearance to release him without obtaining a release from USMS on the remand.

The error was caused by the failure of the Legal Instruments Examiner to obtain USMS authorization and to follow the DOC Release Checklist requirements. DOC has informed the Federal Bureau of Prisons and USMS. Because this erroneous release preceded that of Jarrell Harris, DOC had not yet implemented the remedial measures, including the hiring of an expert consultant, it has identified in previous reports in this case.

## REMEDIAL ACTION

DOC immediately commenced investigations upon discovery of each incident and will be taking corrective action, which will include disciplinary action. Those investigations are currently

---

[1]     At the time of the inmate's release on August 30, 2018, he had been ordered released on three of his DCSC cases and was awaiting a bed-to-bed placement to an inpatient drug treatment program pursuant to a Judgment and Commitment Order.

pending. DOC will also continue its comprehensive analysis of the DOC release process with its consultant, The Moss Group, and with remedial measures currently underway, including detention and release procedures improvements, enhanced comprehensive training of Records Office staff, and the hiring of additional Records Office employees.

Dated:  September 12, 2018.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (#974858)
Chief, Equity Section

/s/ Robert Rich
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
ROBERT RICH (#1016908)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643; (202) 724-6591
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov; robert.rich@dc.gov

*Counsel for District of Columbia Department of Corrections*