UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 1:18-cr-28 (EGS) |
| : | |
| JARRELL HARRIS, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files its Motion to Continue the Sentencing in this matter. As grounds for this motion, the United States relies on the following facts and authorities and such other points and authorities as may be cited at a hearing on the motion.

1. The defendant pled guilty on July 13, 2018 to one count each of Escape, Unlawful Possession of a Firearm, and Fleeing a Law Enforcement Officer. Sentencing for was scheduled for September 27, 2018. The sentencing was later rescheduled for October 15, 2018.[1] The undersigned has a previously-scheduled appointment that conflicts with the October 15, 2018 sentencing.

2. The undersigned contacted defense counsel, Loui Itoh, who advised she is available on Thursday, October 18, 2018. Likewise, the undersigned contacted Assistant Attorney General Andrew Saindon, who also indicated his availability on October 18. The undersigned also contacted Chambers and was advised that the Court would be amendable to rescheduling the sentencing hearing to October 18, 2018 at 12:30 p.m.

---

[1] The Court also scheduled a status conference involving the District of Columbia's Office of Attorney General to be held concomitantly with the sentencing hearing; this motion is to reset both the sentencing and the status.

WHEREFORE, the United States respectfully submits that the sentencing in this matter be continued to October 18, 2018.

    Respectfully submitted,
JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

/s/ *Dineen A. Baker*

DINEEN A. BAKER
Assistant United States Attorney
D.C. Bar No. 487820
555 Fourth Street, NW
Washington, DC  20530
(202) 252-6954

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served via ECF upon defense counsel Loui Itoh, and via e-mail upon Andrew Saindon, this 2nd day of October, 2018.

/s/ *Dineen A. Baker*

Dineen A. Baker
Assistant United States Attorney