UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARRELL HARRIS,<br><br>Defendant. | Case No. 18-cr-00028 (EGS) |

**THE DISTRICT OF COLUMBIA'S STATUS REPORT IN RESPONSE TO THE COURT'S OCTOBER 16, 2018 MINUTE ORDER**

The District of Columbia Department of Corrections (DOC) responds to the Court's October 16, 2018 Minute Order, which directed DOC "to file notice updating the Court regarding the status of the Moss Report and when the Report will be finalized[.]"

DOC received a draft report from The Moss Group (TMG) on October 1, 2018. DOC has reviewed the draft report and provided comments to TMG today, October 17, 2018, and DOC will continue to consult with TMG prior to the issuance of the final report, which is scheduled for October 30, 2018.

Dated: October 17, 2018.        Respectfully submitted,

                                              KARL A. RACINE
                                              Attorney General for the District of Columbia

                                              TONI MICHELLE JACKSON
                                              Deputy Attorney General
                                              Public Interest Division

                                              /s/ Fernando Amarillas
                                              FERNANDO AMARILLAS (#974858)
                                              Chief, Equity Section

2

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for District of Columbia Department of Corrections*