# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARRELL HARRIS,<br><br><br>Defendant. | Case No. 18-cr-00028 (EGS) |

## NOTICE OF FILING

The District of Columbia Department of Corrections (DOC) responds to the Court's October 19, 2018 Minute Order, which directed DOC "to file the finalized Moss Group Report, with justifications for any redactions, by no later than November 9, 2018."

Attached is the final report from The Moss Group (TMG Report), containing DOC's minimal redactions necessary to preserve safety, security and order, including the redaction of information identifying databases, methods of transmission of detention and release documents, and the language in those documents. The redactions were made to protect against hacking, release simulations, and other forms of interference, disruption, and manipulation in the release process. For example, information in the TMG Report detailing the technical aspects of the release process is redacted to prevent third parties from attempting to interfere in the process or cause an untimely release. In addition, the disclosure of technical details of DOC's inmate intake and release process could enable unauthorized individuals to access the process and threaten the security and safety of the inmates and staff. No redactions were made for deliberative-process privileged information.

Dated: November 9, 2018.          Respectfully submitted,

                                  KARL A. RACINE
                                  Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (#974858)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

*Counsel for District of Columbia Department of Corrections*